# United States District Court

## for the

## Western District Of Tennessee

## Petition for Warrant for Offender Under Supervision



FILED By ____ D.C.

05 NOV 29 PM 2:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Name of Offender: Terrell Deshawn Jiles        Case Number: 2:00CR20206-001

Address of Offender: 3815 Dagmar, Memphis, TN  38128

Name of Sentencing Judicial Officer:  The Honorable Jon Phipps McCalla,

Date of Original Sentence:  8/8/2001

Original Offense:
Felon in Possession
of a Firearm

| | | |
|---|---|---|
| Original Sentence: | Prison - 41 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:<br>Tony Arvin | | Date Supervision Commenced: 12/30/2004 |
| Defense Attorney:<br>James Allison | | Date Supervision Expires: 12/29/2007 |

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| (1) | **New Arrest/Conviction -** Terrell D. Jiles was arrested by Memphis Police Department Officers on November 5, 2005 for Violation of Vehicle Registration Law, Resisting Official Detention, Assault on a Police Officer, and Disorderly Conduct. According to the Affidavit of Complaint, the arresting officer stopped Mr. Jiles for operating a vehicle with expired tags. Mr. Jiles became belligerent on the scene, and punched one of the officers in the left eye with a closed fist. Mr. Jiles was transported to the Med. On November 8, 2005, Mr. Jiles appeared in Shelby County General Sessions Court, and pled Guilty to Assault-Bodily Harm. He was sentenced to four (4) days custody, and was given credit for time served. The other charges were Nolle Prossed. |
| (2) | **Failure to participate in mental health treatment, as instructed by the probation office -** On November 16, 2005, this officer received correspondence from Foundations Associates (a mental health contract provider who Mr. Jiles was referred to by this office), which stated Mr. Jiles became extremely resistant to the idea of continuing his weekly individual sessions with |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05        46

his new therapist, Mr. Marico Rivers. Mr. Jiles last attended a session on October 18, 2005. He missed his October 25, 2005 session, and did not call to cancel the session or attempt to offer an explanation for his non-attendance. No subsequent contacts have been made to re-engage in therapy.

(3) **Failure to notify 10 days prior to change in address** - Mr. Jiles reports he resides at 3815 Dagmar, Memphis, TN 38128, with his mother, Ms. Carol Jiles. However, Ms. Jiles states that he is not residing with her, but with other relatives. She could not provide an address. Additionally, during his November 5, 2005 arrest, he provided 671 Miles Dr., Memphis, TN 38111 as his address.

(4) **Failure to seek and maintain employment** - Mr. Jiles has not reported verifiable employment since April 4, 2005. Additionally, he has not submitted verifiable employment search logs, and has not presented any verifiable follow-up on employment assistance referrals made by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** A warrant be issued for Mr. Jiles' arrest, and he be brought before the Court, to determine if he is in violation of the terms of his Supervised Release.

I declare under penalty that the foregoing is true and correct.

Daryl K Butler
U. S. Probation Officer

Date: November 22, 2005

Approved:

Johnetta Norman, Supervising U. S. Probation Officer    Date: 11-22-05

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Nov. 29, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:00-CR-20206 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT